LOVEALL ENTERPRISES, INC. d/b/a
Loveall RV'S, Respondent,

v.

John F. GILLAM and Cynthia
S. Gillam, Appellants.

No. WD 61817.

Missouri Court of Appeals,
Western District.

Nov. 25, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 27, 2004.

Mark A. Richardson, Jefferson City, MO, for Appellants.

Daniel K. Atwill, Columbia, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

John F. Gillam and Cynthia S. Gillam ("Gillams") appeal the judgment of the trial court in favor of Loveall Enterprises, Inc. d/b/a Loveall RV's ("Loveall") in its fraudulent misrepresentation and breach of contract action against the Gillams arising out of a trade-in for the purchase of a recreational fifth wheel trailer. The judgment of the trial court is affirmed. Rule 84.16(b).